**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6112**

ANTHONY NEWMAN,

Plaintiff - Appellant,

v.

ANDREW MOULTRIE, M.D.; OLADIPO OLALEYE, RPN; WEXFORD HEALTH SOURCES, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:18-cv-00457-TDC)

Submitted: April 18, 2019                    Decided: April 23, 2019

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Newman, Appellant Pro Se. Lucas William Chrencik, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Newman appeals the district court's order granting summary judgment to the defendants in his 42 U.S.C. § 1983 (2012) action alleging deliberate indifference to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Newman v. Moultrie*, No. 8:18-cv-00457-TDC (D. Md. Dec. 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*